CAMERON COUNTRY MUTUAL INSURANCE CO., Respondent,

v.

David C. SPOHR, Defendant,

Mission Medical Group, and B.K.S. Corp., Appellants.

No. WD 49660.

Missouri Court of Appeals, Western District.

April 4, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 1995.

Application to Transfer Denied July 25, 1995.

Keith J. Shuttleworth, Gregory J. Pappas, Christopher F. Burger, Kansas City, for appellants.

David C. Bollard, Mark D. Katz, Sherman, Taff & Bangert, P.C., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Appeal from the grant of summary judgment finding that conduct which resulted in damages to the appellant was intentional and therefore excluded from coverage under respondent's general homeowner's liability insurance policy, and denial of appellant's cross-motion for summary judgment on the same issue.

Judgment affirmed. Rule 84.16(b).